**Michael Edward MILLS, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Respondent–Appellee.**

No. 01–7551.

United States Court of Appeals, Fourth Circuit.

Submitted July 25, 2002.

Decided Aug. 1, 2002.

Michael Edward Mills, Appellant Pro Se. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Michael Edward Mills seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2002), and a subsequent order denying reconsideration. We have reviewed the record and the district court's orders and opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Mills v. Angelone,* Nos. CA–00–691–7; CA–00–743–7 (W.D.Va. July 5, 2001 & Aug. 16, 2001). While we grant Mills' motion to amend his informal brief, we deny his motions for appointment of counsel, temporary stay, and evidentiary hearing. We further deny Mills' motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*